UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. COOK, | No. 2:14-cv-0722 AC P |
| Plaintiff, | |
| v. | ORDER and |
| SOLANO COUNTY JAIL, et al, | FINDINGS & RECOMMENDATIONS |
| Defendants. | |

A recent court order was twice served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the Court of a current address, thus authorizing dismissal of this action without prejudice. See Local Rule 183(b).[1]

---

[1] Local Rule 183(b) provides:

> A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

1

1  Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign a
2 district judge to this case.

3  Further, IT IS HEREBY RECOMMENDED that this action be dismissed without
4 prejudice for failure to prosecute.  <u>See</u> Local Rule 183(b).

5  These findings and recommendations are submitted to the United States District Judge
6 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
7 after being served with these findings and recommendations, plaintiff may file and serve written
8 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
9 Findings and Recommendations."  Any response to the objections shall be filed and served within
10 fourteen days after service of the objections.  Plaintiff is advised that failure to file objections
11 within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
12 <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

13 DATED: January 14, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE